

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jill Kano,                                    * From the 310th District Court
                                                of Harris County,
                                                Trial Court No. 2018-01211.

Vs. No. 11-20-00179-CV                          * October 30, 2020

Aaron Haskell Hoffman,                          * Per Curiam Memorandum Opinion
                                                (Panel consists of: Bailey, C.J.,
                                                Stretcher, J., and Wright, S.C.J.,
                                                sitting by assignment)
                                                (Willson, J., not participating)

This court has considered Jill Kano's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.